UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Leon W. Brown

Plaintiff,

vs.

St. Paul Public Schools, et al.,

Defendants.

Case No. 00-164 JMR/FLN

**ORDER**

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on January 8, 2001, on Defendant's Motion to Dismiss, or in the Alternative, to Compel [#12]. Plaintiff was represented by Patricia A. Crumley. Defendant was represented by Jeff M. Zalasky.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss, or in the Alternative, to Compel [#12] is **GRANTED IN PART AND DENIED IN PART**, as follows:
   a. Plaintiff's Rule 26(a)(1) disclosures shall be served upon Defendant on or before January 16, 2001;
   b. Plaintiff's responses to outstanding discovery shall be served upon Defendant on or before February 1, 2001;
   c. Defendant may depose Plaintiff after Plaintiff's discovery is served;
   d. The trial ready and dispositive motion dates shall not change;
   e. The Court will entertain a Motion to Dismiss if Plaintiff fails to comply with these deadlines.

DATED: JAN 11, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED JAN 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________