**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No.: 00-~~154~~ 164-JMR/FLN

Leon W. Brown

Plaintiff,

**STIPULATION TO EXTEND DEADLINE**

v.

St. Paul Public Schools and
Wilder Foundation,

Defendants.

**WHEREAS,** defendant St. Paul Public Schools received answers to its discovery requests on or about January 18, 2001, requested and obtained additional information and records regarding the plaintiff and completed the deposition of plaintiff on or about February 28, 2001; and

**WHEREAS**, the parties cannot complete the briefing requirements outlined by LR 7.1 by the current dispositive motion deadline of April 1, 2001;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned attorneys that the Scheduling Order of the Honorable Franklin L. Noel, filed on May 3, 2000, shall be amended as follows:

> Dispositive motions shall be served and filed and the date for the hearing obtained prior to May 15, 2001.
>
> The case shall be considered ready for trial by July 15, 2001.

**CRUMLEY LAW OFFICE**

Dated: 3/13/01

By: [signature]
Patricia A. Crumley (#187367)
Attorneys for Plaintiff Leon William Brown
301 Fourth Avenue South, #270
Minneapolis, MN 55415-0126
612-334-3433

FILED MAR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ERSTAD & RIEMER, P.A.**

Dated: 3-13-2001

By: [signature]
Jeff M. Zalasky (#119660)
Attorneys for Defendant St. Paul Schools
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431
(952) 896-3700

**BRIGGS AND MORGAN**

Dated: 3/13/01

By: [signature]
Ann Huntrods (#132640)
Attorneys for Defendant Wilder Foundation
2200 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
651-223-6600

**ORDER**

Based upon the foregoing Stipulation of the parties, the Court hereby makes the following:

**IT IS HEREBY ORDERED:**

1. That the dispositive motion and ready for trial deadlines shall be extended as indicated in the foregoing Stipulation of the parties.

**BY THE COURT:**

Dated: March 15, 01

[signature]
Franklin L. Noel, Chief Magistrate Judge
United States District Court